# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ROYCE BROWN

NO. 2024 KW 0926

**DECEMBER 4, 2024**

---

In Re: Royce Brown, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-22-03198.

---

**BEFORE: WOLFE, MILLER, AND GREENE, JJ.**

    **WRIT DENIED.** A "person" who wants to examine public records must make the request to the custodian of the records. See La. R.S. 44:31 & 44:32. An individual in custody after sentence following felony conviction who has exhausted his appellate remedies is permitted access to public records if the request is limited to grounds upon which the individual could file for postconviction relief under La. Code Crim. P. art. 930.3. La. R.S. 44:31.1. If a request for public records is denied by the custodian, before seeking relief from this court, the person must first institute civil proceedings for a writ of mandamus at the trial court level. See La. R.S. 44:35(A). Should the person prevail, he should be prepared to pay the regular service fees for copies of the documents. After the trial court issues a ruling in the civil proceeding, the person may seek a civil appeal of the trial court's action, if he desires. See La. R.S. 44:35(C). **State ex rel. McKnight v. State**, 98-2258 (La. App. 1st Cir. 12/3/1998), 742 So.2d 894 (*per curiam*).

                                     **EW**
                                    **SMM**
                                    **HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT